IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BLANCHE F. CROW                                                    PLAINTIFF

vs.                          Civil No. 05-4048

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                       DEFENDANT

## MEMORANDUM AND ORDER

Now on this 18th day of April, 2006, there is pending before the undersigned, the

Commissioner's Motion To Remand, filed herein on November 2, 2005, by the Commissioner

of Social Security (hereinafter "Commissioner") (Doc. #7).   Despite ample time to do so,

Plaintiff has not responded to the Commissioner's motion.  This matter is now ready for

consideration.

In the instant motion, the Commissioner asserts that reversal of her decision, and remand

of this matter, are necessary to ensure that the administrative law judge (ALJ):   reassess

Plaintiff's residual functional capacity (RFC);  reevaluate the effect of any nonexertional

limitations on Plaintiff's RFC; obtain vocational expert testimony on the impact of Plaintiff's

limitations on her ability to do past relevant work or other work; and, reevaluate Plaintiff's

subjective complaints (Doc. #7, pp. 1-2).

Sentence four provides:

> The court shall have the power to enter, upon the pleadings and
> transcript of the record, a judgment affirming, modifying, or
> reversing the decision of the [Commissioner], with or without
> remanding the cause for a rehearing.

*42 U.S.C. § 405(g).*

Accordingly, we conclude that the Commissioner's motion requesting reversal of the decision and remand, is well taken. The Commissioner's decision is reversed and this matter is remanded for further hearing, pursuant to sentence four, *42 U.S.C. § 405(g),* for further proceedings, as specifically set forth above and in the Commissioner's motion (Doc. #7).

In addition, the undersigned finds that the Plaintiff's Complaint should be and hereby is dismissed without prejudice to the subsequent filing for attorney's fees pursuant to the *Equal Access to Justice Act, 28 U.S.C. § 2412.* A separate Judgment shall be entered herein pursuant to *F.R.Civ.P. 58* and *52.*

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge

AO72A
(Rev. 8/82)