IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BLANCHE F. CROW                                                              PLAINTIFF

vs.                                     Civil No. 05-4048

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                                 DEFENDANT

## **JUDGMENT**

Comes now the Court on this 18th day of April, 2006, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the Commissioner's Motion to Remand is granted (Doc. #7). The decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g)*.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the *Equal Access to Justice Act* must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

                                                    _____
                                                    HONORABLE BOBBY E. SHEPHERD
                                                    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)