IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BLANCHE F. CROW                                                        PLAINTIFF

vs.                             Civil No. 05-4048

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                    DEFENDANT

## **AMENDED JUDGMENT**

Comes now the Court on this 24th day of April, 2006, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the Commissioner's Motion to Remand is granted (Doc. #7). The decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g)*.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the *Equal Access to Justice Act* must be filed within 30 days from the date this Judgment becomes final.

The Court files this amended judgment in order to add the electronic signature which was inadvertently omitted from the previous judgment.

IT IS SO ORDERED.

                                                                         /s/Bobby E. Shepherd
                                                                         Honorable Bobby E. Shepherd
                                                                         United States Magistrate Judge